UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROCK COREY TANKSLEY,

               Plaintiff,

               -against-

CLARKSTOWN CENTRAL SCHOOLS;
RUSSELL CARRASQUILLO; EMIL BERNADO;
MARC P. BAIOCCO; CHRISTOPHER
MACALUSO,

               Defendants.

25-CV-9281 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:    December 2, 2025
           New York, New York

                     /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                 Chief United States District Judge