UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROCK COREY TANKSLEY,

                    Plaintiff,

          -v.-

RUSSELL CARRASQUILLO,
CHRISTOPHER MACALUSO, MARC
BAIOCCO, EMIL BERNADO, and
CLARKSTOWN CENTRAL SCHOOLS,

                    Defendants.

25-CV-9281 (KMK)

ORDER OF SERVICE

KENNETH M. KARAS, United States District Judge:

Plaintiff brings this pro se Action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, *inter alia*. After his request to proceed IFP was denied, Plaintiff, who is proceeding pro se, paid the filing fees to commence this Action. (*See* Dkt.)

The Clerk of Court is directed to issue summonses as to Defendants Russell Carrasquillo, Christopher Macaluso, Marc Baiocco, Emil Bernado, and Clarkstown Central Schools. Rule 4(m) of the Federal Rules of Civil Procedure generally requires service of the summons and complaint to be completed within 90 days of the date the summons issues, and it is Plaintiff's responsibility to request, if necessary, an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Accordingly, Plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has neither served Defendants nor requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. For more information on how to serve the Defendants, Plaintiff can refer to the Southern District of New York's *Service Guide in Pro Se Cases Where*

*Fees Have Been Paid*, which is available at https://www.nysd.uscourts.gov/forms/service-guide-pro-se-cases-where-fees-have-been-paid.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:    December 19, 2025
          White Plains, New York

KENNETH M. KARAS
United States District Judge

2